UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TREMAINE JOHNSON,

                    Plaintiff,

                    JUDGMENT
                    15-CV-5873 (ENV) (VMS)

           v.

THE CITY OF NEW YORK, THE NEW YORK
CITY POLICE DEPARTMENT, POLICE
OFFICER NELSON ESCOBAR, ALL ABOUT
AUTOMOTIVE II INC., and SANDRA RIVERA,

                    Defendants.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on September 10, 2019, adopting the Report and Recommendation of Magistrate Judge Vera M. Scanlon, dated August 2, 2019, awarding Plaintiff damages against Rivera and All About Automotive, jointly and severally, in the amount of $100,425, consisting of $75,000 in compensatory damages for emotional distress, plus damages of $1125 in travel expenses, $9300 in lost income, and $15,000 in attorney's fees.; it is

       ORDERED and ADJUDGED that Plaintiff is awarded a total amount of $100,425, against Rivera and All About Automotive, jointly and severally.

Dated: Brooklyn, NY
       September 11, 2019

                                                           Douglas C. Palmer
                                                           Clerk of Court

                                         By:    */s/Jalitza Poveda*
                                                           Deputy Clerk